■ MEYER JESHION et al., Respondents, v. DAVID L. HOLZER, Appellant.— Order, entered on February 4, 1960, denying defendant's motion pursuant to rule 106 of the Rules of Civil Practice to dismiss the third, fourth, fifth and

sixth causes of action of the second amended complaint on the ground of insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.